THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00015-MR

| | | |
|---|---|---|
| **BROADCAST MUSIC, INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **RGR HOLDINGS, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

This copyright infringement action was filed on January 15, 2020. [Doc. 1]. On March 5, 2020, the Plaintiffs' counsel filed an Affidavit of Service, indicating that the Defendants RGR Holdings, LLC, d/b/a The Shak, Richard Greene, and George Rizkallah were served with process on February 7, 2020. [Doc. 29]. As of the date of this Order, however, the Defendants have yet to file an answer, and the Plaintiffs appears to have made no effort to prosecute this action further against the Defendants.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiffs shall file an appropriate motion or otherwise take further action with respect to the Defendants RGR

Holdings, LLC, d/b/a The Shak, Richard Greene, and George Rizkallah.  **The Plaintiffs are advised that failure to take further action against these Defendants will result in the dismissal of this case.**

**IT IS SO ORDERED.**

Signed: April 29, 2020

Martin Reidinger
United States District Judge